UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Tremaine Manley

v.                                        Case Number: 4:25−cv−05982

Navy Federal Credit Union

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 5/14/2026

**TIME:** 01:40 PM

**TYPE OF PROCEEDING:** Initial Conference


Date:   March 5, 2026

                                                                Nathan Ochsner, Clerk