**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **TREMAINE MANLEY,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 4:25-CV-05982** |
| | § | |
| **NAVY FEDERAL CREDIT UNION,** | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

Please take notice that Brittney Angelich of McGuireWoods LLP hereby appears as counsel of record for Defendant Navy Federal Credit Union in the above-styled and numbered cause.  Copies of all correspondence, notices, and pleadings in this action should be provided to and served upon Ms. Angelich at the electronic mail address listed in the signature block below.

Dated: April 7, 2025

Respectfully submitted,

/s/ Brittney Angelich
**Justin Opitz**
*Attorney-In-Charge*
Texas SBN: 24051140
SDTX Bar No.: 608966
jopitz@mcguirewoods.com
Brittney Angelich
Texas SBN: 24109591
SDTX Bar No.: 3368897
bangelich@mcguirewoods.com
**McGuireWoods LLP**
2601 Olive Street, Suite 2100
Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 7, 2025 a true and correct copy of the foregoing document was electronically filed with the clerk of the United States District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys registered for service in the Court's ECF system for this case.

The *pro se* Plaintiff was also served via USPS at the address on file with the Court:

Tremaine Manley
3019 Poe Road
Houston, Texas 77051

*/s/ Brittney Angelich*
**Brittney Angelich**