United States District Court
Southern District of Texas
**ENTERED**
April 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Tremaine Manley | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−05982 |
| | § | |
| | § | |
| Navy Federal Credit Union | § | |
| | § | |

## ORDER REFERRING CASE

All non-dispositive matters in this case are hereby referred to United States Magistrate Judge Dena Hanovice Palermo for determination. *See* 28 U.S.C. § 636(B)(1)(a). All dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Dena Hanovice Palermo for Report and Recommendations. *See* 28 U.S.C. § 636(B)(1)(b). All trial deadlines before this Court shall remain in effect.

**SIGNED** at Houston, Texas, on the 23rd of April 2026.

_____
Nicholas J. Ganjei
United States District Judge